# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| XEROX CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 1:15-cv-09424 |
| | § | |
| WILDCAT LICENSING LLC | § | Honorable Milton I. Shadur |
| JEFFREY W. SALMON, and | § | |
| SOCKEYE LICENSING TX LLC, | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties having resolved the above-captioned case, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Xerox Corporation and Defendants Wildcat Licensing LLC, Jeffrey W. Salmon, and Sockeye Licensing TX LLC by and through their counsel, hereby jointly stipulate that: (1) all claims, counterclaims, and defenses asserted, or that could have been asserted in this case related to U.S. Patent Nos. 8,135,342 and 8,879,987 are dismissed without prejudice; and (2) each party shall bear its own attorneys' fees and costs.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that all claims, counterclaims, and defenses asserted, or that could have been asserted in this case related to U.S. Patent Nos. 8,135,342 and 8,879,987 are dismissed without prejudice. It is further ORDERED that each party shall bear its own attorneys' fees and costs.

SO ORDERED this _____ day of January, 2016:

_____
Milton I. Shadur
United States District Judge

STIPULATED AND AGREED TO:

Dated:  January 19, 2016

| | |
|---|---|
| **/s/ _Dwayne L. Mason_** | **/s/ _Stefanie T. Scott_** |
| Dwayne L. Mason | Frank John Andreou |
| Email: masondl@gtlaw.com | Email: fandreou@andreou-casson.com |
| Tara M. Williams (_pro hac app. pending_) | Brittni Wynser King |
| Email: williamsta@gtlaw.com | Email: bking@andreou-casson.com |
| Greenberg Traurig LLP | Andreou & Casson, Ltd. |
| 1000 Louisiana | 661 West Lake Street |
| Suite 1700 | Suite 2 North |
| Houston, TX 77002 | Chicago, IL 60661 |
| 713.374.3601 | (312) 935-2000 |
| Fax: 713.754.6605 | |
| | |
| Richard Daniel Harris | Andrew G. DiNovo |
| Email: harrisr@gtlaw.com | Email: adinovo@dpelaw.com |
| James J. Lukas , Jr. | Stefanie Tina Scott |
| Email: lukasj@gtlaw.com | Email: sscott@dpelaw.com |
| Greenberg Traurig, LLP | DiNovo Price Ellwanger & Hardy LLP |
| 77 West Wacker Drive | 7000 North MoPac Expressway |
| Suite 3100 | Suite 350 |
| Chicago, IL 60601 | Austin, TX 78731 |
| (312) 456-8400 | (512) 539-2626 |
| | Fax: (512) 539-2627 |
| | |
| **Counsel for Plaintiff  Xerox Corporation** | **Counsel for Defendants Wildcat Licensing LLC, Jeffrey W. Salmon, and Sockeye Licensing TX LLC** |

# CERTIFICATE OF SERVICE

I hereby certify that on **January 19, 2016**, the foregoing **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** was electronically filed using the Court's ECF system, which will send an electronic copy of this filing to all counsel of record.

*/s/Dwayne L. Mason*
Dwayne L. Mason